UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

ROBERTLEEN GRANT             Chapter 7
                                                         Case No. 10-76155-PJS
                      Debtor.                       Hon. PHILLIP J. SHEFFERLEY
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

      The attached check in the amount of $483.86, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 6 | Dr. Beth Goldman<br>55 West Maple Rd.<br>Birmingham, MI 48009 | $483.86 |
| | **TOTAL:** | **$483.86** |

Dated:   1/10/14                                            /s/ Frederick J. Dery
                                                                              Frederick J. Dery, Trustee
                                                                              803 W. Big Beaver
                                                                              Suite 353
                                                                              Troy, MI 48084
                                                                              fdery@fredjdery.com