UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Robertleen Grant                          Case No.   10-76155-PJS
                                          Chapter    13

**ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

        An Application for Payment from Unclaimed Funds was filed by Beth Goldman on
November 21, 2016.  The Court's website contains instructions for completing an
application and affidavit for payment of unclaimed funds. Because the application is
missing an Order for Payment of Unclaimed Funds, Proof of Service, and an AO213 the
application does not contain proper documentation required by those instructions,
therefore,

        **IT IS ORDERED** that the Application for Payment of Unclaimed Funds filed by
Beth Goldman on November 21, 2016, is hereby **DENIED**.

                                        .

Signed on December 15, 2016

                                    /s/ Phillip J. Shefferly
                                    Phillip J. Shefferly
                                    United States Bankruptcy Judge